UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMECHI DANIEL,

       Plaintiff,        20 **CIVIL** 11028 (PAE)

   -against-            **JUDGMENT**

CITY OF NEW YORK,

       Defendant.
------------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated December 16, 2021, the Court grants the City's

motion to dismiss the SAC's federal claims. That dismissal is with prejudice, as the SAC was

Daniel's third complaint, and he has not identified any factual basis on which these claims may

be rehabilitated. See Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000). The Court declines to

exercise supplemental jurisdictional over Daniel's NYSHRL and NYCHRL claims. These claims

are dismissed without prejudice; accordingly, this case is closed.

**Dated:** New York, New York
    December 17, 2021

                **RUBY J. KRAJICK**
                _____
                **Clerk of Court**
        **BY:**
                **Deputy Clerk**